ORIGINAL

1  MERRILL F. STORMS, JR. (Bar No. CA-78333)
   TONYA M. CROSS (Bar No. CA-236867)
2  **DLA PIPER US LLP**
   401 B Street, Suite 1700
3  San Diego, CA 92101
   Tel: 619.699.3526
4  Fax: 619.699.2701

5  Attorneys for Defendant
   KAPLAN HIGHER EDUCATION
6  CORPORATION

FILED
08 FEB 21 PM 3:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP
      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN WORKMAN-JOHNSON,<br><br>      Plaintiff,<br><br>v.<br><br>KAPLAN HIGHER EDUCATION CORPORATION; and DOES 1 to 10,<br><br>      Defendants. | CASE NO. 08 CV 0339 H RBB<br><br>(San Diego County Superior Court Case No.: 37-2007-000083591-CU-WT-CTL)<br><br>**DECLARATION OF JEAN LUINIS IN SUPPORT OF REMOVAL OF CIVIL ACTION** |

DLA PIPER US LLP
SAN DIEGO

SD\1783396.1

-1-

DECLARATION OF JEAN LUINIS IN SUPPORT OF REMOVAL OF CIVIL ACTION

I, Jean Luinis, declare:

1. I am a paralegal employed by Defendant Kaplan Higher Education Corporation ("Kaplan") and have held that position since May, 2007. I have personal knowledge of the matters set forth in this declaration by virtue of my position with Kaplan. If called as a witness, I could and would competently testify as to these matters.

2. Kaplan is, and has been at all relevant times, incorporated in the state of Delaware with its principal places of business located at 6301 Kaplan University Avenue, Ft. Lauderdale, Florida 33309 and 311 South Wacker, Chicago, Illinois 60606.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 20th day of February, 2008 at Chicago, Illinois.

_____
JEAN LUINIS

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper, 401 B Street, Suite 1700, San Diego, California 92101-4297. On February 21, 2008, I served the within documents:

**DECLARATION OF JEAN LUINIS IN SUPPORT OF REMOVAL OF CIVIL ACTION**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on _____, at _____ p.m., from (619) 699-2701. The transmission was completed before 5:00 p.m., and was reported as complete and without error per the attached facsimile transmission report which was properly issued by the transmitting facsimile machine.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ (BY OVERNIGHT DELIVERY) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the address(es) set forth below designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of DLA Piper US LLP's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

| | |
|---|---|
| Andrew P. Greenfield | Michael F. Cressey |
| The Greenfield Law Firm, AP | Law Office of Michael F. Cressey |
| 3170 Fourth Avenue, 4th Floor | 2910 E. 57th Avenue, Suite 5 |
| San Diego, CA 92103 | Spokane, WA 99223 |
| Tel:  619-574-0600 | Tel:  509-443-1903 |
| Fax:  619-574-7705 | Fax:  509-279-2185 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed on February 21, 2008, at San Diego, California.

_____
Ginger McNees

SD\1781341.1
DLA PIPER US LLP

PROOF OF SERVICE