MERRILL F. STORMS, JR. (Bar No. CA-78333)
TONYA M. CROSS (Bar No. CA-236867)
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.3526
Fax: 619.699.2701

Attorneys for Defendant
KAPLAN HIGHER EDUCATION CORPORATION

FILED
08 FEB 21 PM 3:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN WORKMAN-JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>KAPLAN HIGHER EDUCATION CORPORATION; and DOES 1 to 10,<br><br>Defendants. | CASE NO. '08 CV 0339 H RBB<br><br>(San Diego County Superior Court Case No.: 37-2007-000083591-CU-WT-CTL)<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>[Civ. Local Rule 40.2] |

SD\1783397.2

-1-

Pursuant to Local Rule 40.2 of the United States District Court for the Southern District of California, Defendant Kaplan Higher Education Corporation submits the following statement regarding its parent company and ownership.

1. **Parent Company:** Kaplan Higher Education Corporation is a subsidiary of Kaplan, Inc., a Delaware corporation. Kaplan, Inc. is a subsidiary of The Washington Post Company.

2. **Ownership:** None.

Dated: February 21, 2008

DLA PIPER US LLP

By *(signature: Tonya M. Cross)*
MERRILL F. STORMS, JR.
TONYA M. CROSS
Attorneys for Defendant
KAPLAN HIGHER EDUCATION CORPORATION

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper, 401 B Street, Suite 1700, San Diego, California 92101-4297. On February 21, 2008, I served the within documents:

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on _____, at _____ p.m., from (619) 699-2701. The transmission was completed before 5:00 p.m., and was reported as complete and without error per the attached facsimile transmission report which was properly issued by the transmitting facsimile machine.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ (BY OVERNIGHT DELIVERY) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the address(es) set forth below designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of DLA Piper US LLP's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

| | |
|---|---|
| Andrew P. Greenfield<br>The Greenfield Law Firm, AP<br>3170 Fourth Avenue, 4th Floor<br>San Diego, CA 92103<br>Tel:   619-574-0600<br>Fax:  619-574-7705 | Michael F. Cressey<br>Law Office of Michael F. Cressey<br>2910 E. 57th Avenue, Suite 5<br>Spokane, WA  99223<br>Tel:   509-443-1903<br>Fax:  509-279-2185 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed on February 21, 2008, at San Diego, California.

_____
Ginger McNees

SD\1781341.1
DLA PIPER US LLP

PROOF OF SERVICE