```
Andrew P. Greenfield, (#147109)
THE GREENFIELD LAW FIRM, APC
3170 Fourth Ave., 4th Floor
San Diego, California 92103
(619) 574-0600

Michael F. Cressey, (#115581)
LAW OFFICE OF MICHAEL F. CRESSEY
2910 E. 57th Ave., Suite 5
Spokane, Washington 99223
509-443-1903

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN WORKMAN-JOHNSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>KAPLAN HIGHER EDUCATION CORPORATION; and DOES 1 to 10,<br><br>          Defendants. | Case No.: 08 CV 0339 JLS (RBB)<br><br>**PLAINTIFFS DEMAND FOR JURY (FRCP, Rule 38(b))** |

COMES NOW Plaintiff, and pursuant to Federal Rules of Civil Procedure, Rule 38(b) hereby demands trial by jury on all issues arising from the action.

Dated February 26th, 2008         by: s/Michael F. Cressey
                                  Michael F. Cressey
                                  Atty. for Plaintiff

PLAINTIFFS DEMAND FOR JURY - 1

**PROOF OF SERVICE BY MAIL**

<u>WORKMAN-JOHNSON v. KAPLAN</u>   08 cv 0339 JLS (RBB)

    I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is LAW OFFICE OF MICHAEL F. CRESSEY, 2910 E. 57th Ave., Suite 5, Spokane, Washington 99223. On February 26th, 2008, I served the within document:

**PLAINTIFFS DEMAND FOR JURY**

    By placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Spokane, Washington addressed as set forth below.

Andrew P. Greenfield
THE GREENFILED LAW FIRM, AP
3170 Fourth Avenue, 4th Floor
San Diego, CA 92103

Merrill F. Storms, Jr.
Tonya M. Cross
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, California 92101

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the state of Washington that the above is true and correct and was executed on February 26th, 2008, at Spokane, Washington.

                                          <u>s/Michael F. Cressey</u>
                                                Michael F. Cressey