| | |
|---|---|
| 1 | MERRILL F. STORMS, JR. (Bar No. CA-78333)<br>TONYA M. CROSS (Bar No. CA-236867) |
| 2 | **DLA PIPER US LLP**<br>401 B Street, Suite 1700 |
| 3 | San Diego, CA 92101<br>Tel:   619.699.3526 |
| 4 | Fax:   619.699.2701 |
| 5 | Attorneys for Defendant |
| 6 | KAPLAN HIGHER EDUCATION<br>CORPORATION |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN WORKMAN-JOHNSON, | CASE NO. 08cv339-JLS(RBB) |
| Plaintiff, | PROOF OF SERVICE |
| v. | |
| KAPLAN HIGHER EDUCATION CORPORATION; and DOES 1 to 10, | |
| Defendants. | |

DLA PIPER US LLP

SD\1817433.1

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, San Diego, California 92101. On May 2, 2008, I served the within documents:

**REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO RULES 9(b) and 12(b)(6)**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California addressed as set forth below.

☐ by personally delivering the document(s) listed above at the address(es) set forth below.

☒ by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system.

Andrew P. Greenfield
The Greenfield Law Firm, AP
3170 Fourth Avenue, 4th Floor
San Diego, CA 92103
lawapg@yahoo.com
(via e-filing)

Michael F. Cressey
Law Office of Michael F. Cressey
2910 E. 57th Avenue, Suite 5
Spokane, WA 99223
mfcres@comcast.net
(via U.S. mail)

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on May 2, 2008, at San Diego, California.

_____
Ginger McNees

-2-