1  MERRILL F. STORMS, JR. (Bar No. CA-78333)
   TONYA M. CROSS (Bar No. CA-236867)
2  **DLA PIPER US LLP**
   401 B Street, Suite 1700
3  San Diego, CA 92101
   Tel:  619.699.3526
4  Fax:  619.699.2701

5  Attorneys for Defendant
   KAPLAN HIGHER EDUCATION
6  CORPORATION

7

8             UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11 | JOANN WORKMAN-JOHNSON, | CASE NO. 08cv339-JLS(RBB)
12 | Plaintiff, | PROOF OF SERVICE
13 | v. |
14 | KAPLAN HIGHER EDUCATION CORPORATION; and DOES 1 to 10, |
15 | Defendants. |

DLA PIPER US LLP    SD\1817433.1

## **PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, San Diego, California 92101. On May 2, 2008, I served the within documents:

DEFENDANT'S OBJECTIONS TO THE DECLARATION OF MICHAEL F. CRESSEY OFFERED BY PLAINTIFF JOANN WORKMAN-JOHNSON IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California addressed as set forth below.

☐ by personally delivering the document(s) listed above at the address(es) set forth below.

☒ by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system.

Andrew P. Greenfield
The Greenfield Law Firm, AP
3170 Fourth Avenue, 4th Floor
San Diego, CA 92103
lawapg@yahoo.com
(via e-filing)

Michael F. Cressey
Law Office of Michael F. Cressey
2910 E. 57th Avenue, Suite 5
Spokane, WA 99223
mfcres@comcast.net
(via U.S. mail)

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on May 2, 2008, at San Diego, California.

_Ginger McNees_
Ginger McNees

DLA PIPER US LLP    SD\1817433.1

-2-