Michael F. Cressey, (#115581)
LAW OFFICE OF MICHAEL F. CRESSEY
2910 E. 57th Ave., Suite 5
Spokane, Washington 99223
509-443-1903

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN WORKMAN-JOHNSON,<br><br>    Plaintiff,<br>vs.<br><br>KAPLAN HIGHER EDUCATION CORPORATION; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 08 CV 0339 JLS (RBB)<br><br>**NOTICE OF CHANGE OF ADDRESS AND PROOF OF SERVICE BY ECF** |

TO EACH OF THE ABOVE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the address of record for Michael F. Cressey, co-counsel for Plaintiff has changed. The new address and contact information is:

>     Michael F. Cressey, SBN 115581
>     WORKLAND & WITHERSPOON, PLLC
>     601 West Main Ave., Suite 714
>     Spokane, Washington 99201
>         Tel: 509-455-1903
>         Fax: 509-624-6441
>     Email: mcressey@workland.com

Dated July 14th, 2008                by: s/Michael F. Cressey
                                         Michael F. Cressey
                                         Atty. for Plaintiff

CHANGE OF ADDRESS - 1

**PROOF OF SERVICE BY ECF**

<u>WORKMAN-JOHNSON v. KAPLAN</u>   08 cv 0339 JLS (RBB)

    I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is Michael F. Cressey, WORKLAND & WITHESPOON, PLLC, 601 West Main Ave., suite 714, Spokane, Washington 99201. On July 14th, 2008, I served the within document:

**NOTICE OF CHANGE OF ADDRESS**

    By filing the document electronically. Each of the attorneys listed below have consented to electronic service by ECF and are registered on the system.

Andrew P. Greenfield
THE GREENFILED LAW FIRM, AP

Merrill F. Storms, Jr.
Tonya M. Cross
DLA PIPER US LLP


    I declare under penalty of perjury under the laws of the state of Washington that the above is true and correct and was executed on July 14th, 2008, at Spokane, Washington.


                                          <u>s/Michael F. Cressey</u>
                                          Michael F. Cressey