Andrew P. Greenfield, (#147109)
THE GREENFIELD LAW FIRM, APC
4425 Bayard St., #128
San Diego, California 92109
(858) 581-1400

Michael F. Cressey, (#115581)
WORKLAND & WITHERSPOON, PLLC
601 W. Main Ave., Suite 714
Spokane, Washington 99201
(509) 455-1903

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN WORKMAN-JOHNSON, | Case No.: 08 CV 0339 JLS (RBB) |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS AND PROOF OF SERVICE BY ECF** |
| vs. | |
| KAPLAN HIGHER EDUCATION CORPORATION; and DOES 1 to 10, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///

NOTICE OF CHANGE OF ADDRESS - 1

TO EACH OF THE ABOVE PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that the address of record for Andrew P. Greenfield, co-counsel for Plaintiff has changed.  The new address and contact information is:

>Andrew P. Greenfield (#147109)
>THE GREENFIELD LAW FIRM, APC
>4425 Bayard St., #128
>San Diego, California 92109
>(858) 581-1400
>(858) 581-2400 (fax)

Dated July 14, 2008                By: s/Andrew P. Greenfield
                                       Andrew P. Greenfield
                                       Attorneys for Plaintiff

**PROOF OF SERVICE BY MAIL**

WORKMAN-JOHNSON v. KAPLAN   08 cv 0339 JLS (RBB)

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is THE GREENFIELD LAW FIRM, APC, 4425 Bayard St., #128 San Diego, CA 92109. On July 14, 2008, I served the within document:

**NOTICE OF CHANGE OF ADDRESS**

By filing the document electronically, each of the attorneys listed below have consented to electronic service by ECF and are registered on the system.

Michael F. Cressey
WORKLAND & WITHERSPOON, PLLC
601 W. Main Ave., Suite 714
Spokane, WA 99201

Merrill F. Storms, Jr.
Tonya M. Cross
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101

I declare under penalty of perjury under the laws of the state of California that the above is true and correct and was executed on July 14, 2008, at Spokane, Washington.

                                                s/Andrew P. Greenfield
                                                Andrew P. Greenfield