Andrew P. Greenfield, (#147109)
THE GREENFIELD LAW FIRM, APC
4425 Bayard St., #128
San Diego, California 92109
(858) 581-1400

Michael F. Cressey, (#115581)
WORKLAND & WITHERSPOON, PLLC
601 W. Main Ave., Suite 714
Spokane, Washington 99201
(509) 455-1903

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN WORKMAN-JOHNSON,<br><br>         Plaintiff,<br>    vs.<br><br>KAPLAN HIGHER EDUCATION<br>CORPORATION; and DOES 1 to 10,<br><br>         Defendants. | Case No.: 08 CV 0339 JLS (RBB)<br><br>**NOTICE OF DEPOSITION OF PERSON MOST KNOWLEDGABLE OF DEFENDANT KAPLAN HIGHER EDUCATION**<br><br>Date:  August 19, 2008<br>Time:  10:00 a.m.<br>Place: DLA PIPER US LLP<br>       401 B Street, Suite 1700<br>       San Diego, CA 92101<br><br>Trial: None |

TO EACH OF THE ABOVE PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, Rule 38(b) Plaintiff will take the deposition of the person or persons most knowledgeable designated by Defendants as to each of the subject matters identified below, on the date, time and place specified above before a certified court reporter licensed to administer the oath in the State of California. Said

deposition(s) shall continue from day to day excluding weekends and holidays during normal business hours until completed.

**SUBJECT MATTER FOR EXAMINATION**

1.  Negotiation and drafting of the employment contract of Plaintiff;

2.  The terms of the offer of employment made by Defendants to Plaintiff;

3.  The job performance of and any evaluation of Plaintiff made by Defendant up to and including the date of her termination;

4.  Any and all communications, written or oral, between Plaintiff and any employee and/or officers or agent of Defendant which took place before Plaintiff accepted the employment offer made by Defendant;

5.  The basis, if any, of Defendant's decision to terminate Plaintiff including but not limited to the content of any communications (other than attorney-client privileged) written or oral between employees and/or officers of Defendant which refer or relate in any way to the basis, if any, for Plaintiff's termination.

6.  The accreditation status of Maric College with the California Board of Vocational Nursing and Psychiatric Technicians, Bureau for Private Postsecondary and Vocational Education, Accrediting Bureau of Health Education Schools,

1  Accrediting Commission of Career Schools and Colleges of
2  Technology or any other accrediting organization from 2005 to
3  the present, including but not limited to the application for
4  accreditation, any loss or restriction or limitations on
5  accreditation, any conditions imposed for granting
6  accreditation, and the role, activities or duties of Plaintiff
7  in applying for, obtaining or assisting in the accreditation
8  process.
9       7.   Any and all communications, written or oral, which
10 refer or relate to decisions concerning Plaintiff's pay
11 including bonuses, guarantees, commissions, relocation
12 compensation, severance pay or other forms of compensation paid,
13 owing, or claimed by Plaintiff in this litigation.

                                        THE GREENFIELD LAW FIRM, APC


Dated: July 14, 2008            By: s/Andrew P. Greenfield
                                    Andrew P. Greenfield
                                    Attorneys for Plaintiff
                                    JOANN WORKMAN-JOHNSON

**PROOF OF SERVICE BY MAIL**

<u>WORKMAN-JOHNSON v. KAPLAN</u>  08 cv 0339 JLS (RBB)

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is THE GREENFIELD LAW FIRM, APC, 4425 Bayard St., #128 San Diego, CA 92109. On July 14, 2008, I served the within document:

**NOTICE OF DEPOSITION OF PERSON MOST KNOWLEDGEABLE OF DEFENDANT KAPLAN HIGHER EDUCATION**

By placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Spokane, Washington addressed as set forth below.

Michael F. Cressey
WORKLAND & WITHERSPOON, PLLC
601 W. Main Ave., Suite 714
Spokane, WA 99201

Merrill F. Storms, Jr.
Tonya M. Cross
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct and was executed on July 14, 2008, at San Diego, California.

s/Andrew P. Greenfield
Andrew P. Greenfield