1  MERRILL F. STORMS, JR. (Bar No. CA-78333)
   TONYA M. CROSS (Bar No. CA-236867)
2  **DLA PIPER US LLP**
   401 B Street, Suite 1700
3  San Diego, CA 92101
   Tel:   619.699.3526
4  Fax:   619.699.2701

5  Attorneys for Defendant
   KAPLAN HIGHER EDUCATION
6  CORPORATION

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JOANN WORKMAN-JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>KAPLAN HIGHER EDUCATION CORPORATION; and DOES 1 to 10,<br><br>Defendants. | CASE NO. 08cv339-JLS(RBB)<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO RULES 9(b) and 12(b)(6)**<br><br>DATE:   November 20, 2008<br>TIME:   2:00 p.m.<br>DEPT:   6<br>JUDGE:  Janis L. Sammartino |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that, on November 20, 2008, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Department 6 of the above entitled court, located at 880 Front Street, San Diego, California, Defendant Kaplan Higher Education Corporation ("Defendant") will and does move for an order dismissing Plaintiff's Second Amended Complaint.

   This motion is made pursuant to Federal Rules of Civil Procedure Rules 9(b) and 12(b)(6) and is based on the following grounds:

   1.   Plaintiff's first claim for wrongful discharge in violation of public policy fails to state a claim upon which relief may be granted.

   2.   Plaintiff's second claim for breach of the implied covenant of good faith and fair dealing fails to state a claim upon which relief may be granted.

/////

3. Plaintiff's third claim for breach of contract fails to state a claim upon which relief may be granted.

4. Plaintiff's fourth claim for violation of Labor Code section 970 is not plead with the requisite particularity required pursuant to Federal Rules of Civil Procedure Rule 9(b) and fails to state a claim upon which relief may be granted.

5. Plaintiff's fifth claim for fraud is not plead with the requisite particularity required pursuant to Federal Rules of Civil Procedure Rule 9(b) and fails to state a claim upon which relief may be granted.

The motion will be based on this notice of motion and motion, the memorandum of points and authorities, the proposed Order submitted herewith, as well as all of the papers and records on file in this action, on such oral argument as may be presented at any hearing of the motion, and such other matters that the Court deems appropriate.

Dated: August 28, 2008

DLA PIPER US LLP

By s/ Tonya M. Cross
MERRILL F. STORMS, JR.
TONYA M. CROSS
Attorneys for Defendant
KAPLAN HIGHER EDUCATION CORPORATION
tonya.cross@dlapiper.com